

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00103-CV

**HARRINGTON ENVIRONMENTAL SERVICES, LLC,**

                                              **Appellant**

 **v.**

**CITY OF CLEBURNE, TEXAS AND
JOHNSON COUNTY, TEXAS,**

                                              **Appellees**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C201800880

## O R D E R

Appellees have requested a 30 day extension of time to file their brief in this accelerated appeal. Appellant objects to an extension because appellant "is significantly impacted by the ongoing injunction of its business operations that is currently causing harm to Appellant."

Appellees' motion is granted in part. Appellees' brief is due 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Motion granted in part
Order issued and filed May 15, 2019

